IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN FINEMAN,            No. C 11-05680 SI

    Plaintiff,                **JUDGMENT**

  v.

SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, et al.,

    Defendants.
                                 /

The amended complaint has been dismissed for lack of jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: February 27, 2012

SUSAN ILLSTON
United States District Judge